# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| | |
|---|---|
| Women of Color for Equal Justice, Remo Dello Ioio, Elizabeth Loiacono, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Ayse P. Ustares, Sara Coombs-Moreno, Jesus Coombs, Angel <br> *Plaintiff(s)* <br> v. <br> City of New York <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Donna Este Green, Esq.
    Women of Color For Equal Justice
    25 Fairway Dr.
    Hempstead, NY 11550
    516-996-7900
    destegreen@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                   *Signature of Clerk or Deputy Clerk*

# RIDER

Defendant Name:  The City of New York
100 Church Street
New York, New York 10007

Defendant Name:  Mayor Eric L. Adams
City Hall
New York, New York 10007

Defendant Name:  Department of Health and Mental Hygiene
125 Worth Street
New York, New York 10013

Defendant Name:  Ashwin Vasan, MD, PhD
Commissioner of the Department of Health and Mental Hygiene
530 First Ave.
New York, New York 10016