**COMPLAINT – EXHIBIT LIST**

1:22-cv-02234

Women of Color For Equal Justice v. City of New York

| Attachment# | Attachment Drop Down Selection Name | File/Doc. Name |
|---|---|---|
| 1. | Exhibit | Ex. #1 – DeBlasio Press Release |
| 2. | Exhibit | Ex. #2 – Affidavit PL. Dello Ioio |
| 3. | Exhibit | Ex. #3. – Affidavit PL. E. Loiacono |
| 4. | Exhibit | Ex. #4. – Affidavit PL. J. Harding |
| 5. | Exhibit | Ex. #5 – Affidavit PL. A. Ustares |
| 6. | Exhibit | Ex. #6 – Affidavit PL. S. Coombs |
| 7. | Exhibit | Ex. #7 – Affidavit PL. S. Brown |
| 8. | Exhibit | Ex. #8 – Affidavit PL. Amoura Bryan |
| 9. | Exhibit | Ex. #9 – Affidavit PL. Z. Wouadjou |
| 10. | Exhibit | Ex. #10 – Affidavit PL. T. Martin |
| 11. | Exhibit | Ex. #11 – Affidavit PL. M. Harrington |
| 12. | Exhibit | Ex. #12 – Affidavit PL. B. Reid |
| 13. | Exhibit | Ex. #13 – Affidavit PL. J. Rullo |
| 14. | Exhibit | Ex. #14 – Affidavit PL. J. Coombs |
| 15. | Exhibit | Ex. #15 – Mayor EO 75 8-2-2021 |
| 16. | Exhibit | Ex. #16 – NYCDOH Order 8-10-2021 |
| 17. | Exhibit | Ex. #17 – NYCDOH Order 8-24-2021 |
| 18. | Exhibit | Ex. #18 – Mayor EO 78 8-31-2021 |
| 19. | Exhibit | Ex. #18b – Mayor Transcript 9-23-2021 |
| 20. | Exhibit | Ex. #18c – Mayor Transcript 9-8-2021 |
| 21. | Exhibit | Ex. #18d – Mayor Transcript 8-31-2021 |
| 22. | Exhibit | Ex. #19 – NYCDOH Order 9-12-2021 |
| 23. | Exhibit | Ex. #20 – NYCDOH Order 9-28-2021 |
| 24. | Exhibit | Ex. #21 – NYCDOH Order 10-20-2021 |
| 25. | Exhibit | Ex. #22 – NYCDOH Order 12-13-2021 |
| 26. | Exhibit | Ex. #23 – Mayor Transcript 11-22-2021 |
| 27. | Exhibit | Ex #24 -  Mayor Transcript 10-21-2021 |
| 28. | Exhibit | Ex. #25 – PL. Expert Affidavit B. Miller, CIH |
| 29. | Exhibit | Ex. #26 – PL. Expert Affidavit Baxter Montgomery, MD |
| 30. | Exhibit | Ex. #27 – PL. Expert Affidavit Dr. Ealy |
|  |  |  |