Exhibit #15



- Unlock the key to NYC
- Get the latest on the COVID-19 Vaccine
- Agency service suspensions/reductions

The Official Website of the City of New York

NYC Resources | NYC311 | Office of the Mayor | Events | Connect | Jobs | Search

Mayor | First Lady | News | Officials

SHARE



# Executive Order 75

August 2, 2021

## Mandatory Vaccination Requirement for New Hires

Download Executive Order 75

WHEREAS, the COVID-19 pandemic poses a danger to the health and safety of the City of New York and its residents;

WHEREAS, the U.S. Centers for Disease Control ("CDC") reports that new variants of COVID-19, identified as "variants of concern," have emerged in the United States, and some of these new variants which currently account for the majority of COVID-19 cases sequenced in New York City, are more transmissible;

WHEREAS, the CDC has stated that vaccination is an effective tool to prevent the spread of COVID-19 and benefits both vaccine recipients and those they come into contact with, including persons who for reasons of age, health, or other conditions cannot themselves be vaccinated; and

WHEREAS, an individual is considered fully vaccinated two or more weeks following receipt of a second dose in a 2-dose series of a COVID- 19 vaccine, or 2 or more weeks following receipt of one dose of a single-dose COVID-19 vaccine;

NOW, THEREFORE, by the power vested in me as the Mayor of the City of New York, it is hereby ordered:

Section 1. All persons newly hired for employment by any City agency must provide proof of having received at least one dose of an approved COVID-19 vaccine prior to beginning their employment, except for those who obtain an exception due to medical or religious reasons through the reasonable accommodation process.

§ 2. After receiving a conditional offer of employment from a City agency, an applicant for employment must provide proof of having received at least one dose of an approved COVID-19 vaccine within a reasonable period of time. Failure by the applicant to provide the agency with proof of having received at least one dose of an approved COVID-19 vaccine will result in the agency revoking the conditional offer, unless the applicant obtains an exception through the reasonable accommodation process.

§ 3. Any person to whom this Order applies, who begins their employment after providing proof of having received only one dose in a 2-dose series of a COVID-19 vaccine, will also be required to provide their City agency with proof of receipt of a second dose within 30 days of the first dose. Failure to do so will result in termination.

§ 4. The Department of Citywide Administration Services shall promulgate guidance to agencies regarding this Order immediately.

§ 5. This Order shall take effect immediately.

Bill de Blasio,
MAYOR

Directory of City Agencies     Contact NYC Government     City Employees     Notify NYC
City Store     Stay Connected     NYC Mobile Apps     Maps
Residents Toolkit

العربية     বাঙালি     中文     Kreyòl Ayisyen     Polskie
Español     русский     français     한국어     اردو
English



© City of New York. 2021 All Rights Reserved,
NYC is a trademark and service mark of the City of New York.

Privacy Policy. Terms of Use.