UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WOMEN OF COLOR FOR EQUAL JUSTICE, REMO DELLO IOIO, ELIZBETH LOIACONO, SUZANNE DEEGAN, MARITZA ROMERO, JULIA. HARDING, CHRISTINE O'REILLY, AYSE P. USTARES, SARA COOMBS-MORENO, JESUS COOMBS, ANGELA VELEZ, SANCHA BROWN, AMOURA BRYAN, ZENA WOUADJOU, CHARISSE RIDULFO, TRACY-ANN FRANCIS MARTIN, KAREEM CAMPBELL, MICHELLE HEMMINGS HARRINGTON, MARK AYNE, CARLA GRANT, OPHELA INNISS, CASSANDRA CHANDLER, AURA MOODY, EVELYN ZAPATA, SEAN MILAN, SONIA HERNANDEZ, BRUCE REID, JOSEPH RULLO, AND CURTIS BOYCE, individually and on behalf of similarly situated individuals,

　　　　　　　　Plaintiffs,

　　　　　v.

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS, AND DEPARTMENT OF HEALTH AND MENTAL HYGIENE, AND DOES 1-20

　　　　　　　　Defendants

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

INDEX No.: 1:22-cv-02234

---

TO:　　OPPOSING COUNSEL

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annex thereto, I Jo Saint-George will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States of District Courts for the Eastern District of New York for an order allowing the admission of movant, a member of the non- profit civil liberties and social justice organization Women of Color For Equal Justice and a member in good standing of the bar of the State of Arizona, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Women of

Color for Equal Justice and the Class of Plaintiffs listed above. There are no pending disciplinary proceedings against me in any state or federal court.

                                                RESPECTFULLY SUBMITTED,

DATE: April 20, 2022                              By: /s/ *Jo Saint-George*
                                                Jo Saint-George
                                                Chief Legal Officer
                                                Women of Color for Equal Justice
                                                14216 Dunwood Valley Dr
                                                Bowie MD 20721-1246
                                                Phone: (301) 447-3600
                                                Email: jo@woc4equaljustice.org