UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

WOMEN OF COLOR FOR EQUAL JUSTICE,
REMO DELLO IOIO, ELIZBETH LOIACONO,
SUZANNE DEEGAN, MARITZA ROMERO, JULIA.
HARDING, CHRISTINE O'REILLY, AYSE P.
USTARES, SARA COOMBS-MORENO, JESUS
COOMBS, ANGELA VELEZ, SANCHA BROWN,
AMOURA BRYAN, ZENA WOUADJOU, CHARISSE
RIDULFO, TRACY-ANN FRANCIS MARTIN, KAREEM
CAMPBELL, MICHELLE HEMMINGS HARRINGTON,
MARK AYNE, CARLA GRANT, OPHELA INNISS,
CASSANDRA CHANDLER, AURA MOODY, EVELYN
ZAPATA, SEAN MILAN, SONIA HERNANDEZ,
BRUCE REID, JOSEPH RULLO, AND CURTIS BOYCE,
individually and on behalf of similarly situated individuals,

               Plaintiffs,

          v.

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS,
AND DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, AND DOES 1-20

               Defendants

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

INDEX No.: 1:22-cv-02234

_____

I, Jo Saint-George, being duly sworn, hereby depose and say as follows:

1. I am the Chief Legal Officer of the non-profit organization the Women of Color for Equal Justice.

2. I submit this affidavit of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing in the bar of the state of Arizona.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, disbarred or denied admission or readmission by any court.

7. I am on administrative suspension from the State Bar of California for being behind on bar dues due to ongoing medical conditions, which I am current in the process of correcting to be changed to "inactive status".

8. Wherefore, Jo Saint-George respectfully submits that I be permitted to appear as counsel and advocate pro hac vice in the case 1:22-cv-02234 for Women of Color for Equal Justice and the proposed Class of Plaintiffs.

RESPECTFULLY SUBMITTED,

DATE: April 20, 2022

By: _____
Jo Saint-George
Chief Legal Officer
Women of Color for Equal Justice
14216 Dunwood Valley Dr
Bowie MD 20721-1246
Phone: (301) 447-3600
Email: jo@woc4equaljustice.org

DAVID W VIDMAR
NOTARY PUBLIC
HOWARD COUNTY
MARYLAND
MY COMMISSION EXPIRES AUGUST 31, 2025



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JO A. SAINT-GEORGE** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 18, 2001 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **APRIL 1 8 2022**.

Aaron Nash
Associate Disciplinary Clerk

Margaret Lindsey
Associate Disciplinary Clerk

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

## JO A. SAINT-GEORGE

was on the 18th day of December, 2001 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 19th day of April, 2022.

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk III