# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand twenty-three.

Before:    Joseph F. Bianco,
              *Circuit Judge.*

_____

Women of Color For Equal Justice, et al.,

    Plaintiffs - Appellants,

v.

City of New York, Eric L. Adams, New York City Department of Health and Mental Hygiene, Ashwin Vasan, MD, PhD, Commissioner of the Department of Health and Mental, Does 1-20, New York City Department of Education,

    Defendants - Appellees.

_____

**ORDER**

Docket No. 22-3065

    Appellants move to expedite the appeal and for emergency injunctive and declaratory relief.

    IT IS HEREBY ORDERED that, to the extent the motion seeks temporary relief pending review by a three-Judge panel, the motion is DENIED. The motion is REFERRED to a three-Judge motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/15/2023