# EXIBIT A

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

WOMEN OF COLOR FOR EQUAL JUSTICE, et al.

                        Appellants

    v.

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS, COMISSIONER ASHWIN VASAN, MD, PHD DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DEPARTMENT OF EDUCATION, AND DOES 1-20

                        Appellees

Case No: 22-3065

**STIPULATED VOLUNTARY DISMISSAL**

_____

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants and Appellees hereby stipulate to dismiss this interlocutory appeal with prejudice without limiting any other future appeals on the merits. Each party bears its own costs.

Dated: May 25, 2023

By: /s/ Jonathan Schoepp-Wong
Senior Counsel – Appeals
New York City Law Department
Attorney for Appellees
100 Church Street
New York, New York 10007
Phone: 212-356-2275
jschoepp@law.nyc.gov

By: /s/ Jo Saint-George
   Jo Saint-George, Esq,
   14216 Dunwood Valley Dr.
   Bowie, MD 20721-1246
   jo@woc4equaljustice.org
   Phone: 301-447-3600
   www.woc4equaljustice.org
   *Attorney for Women of Color for Equal Justice, Plaintiffs and similarly situated*