# EXIBIT B



<u>VIA FILE UPLOAD</u>

May 10, 2022

Brad Lander
Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
Form Version: NYC-COMPT-BLA-LE-C4

        **Re:**     **Notice of Claim Class Action  - RULE 50**

Dear Mr. Lander:

We represent the below list of New York City (the "City") employees who have been placed on "indeterminate involuntary leave without pay" for exercising their right to refuse to Covid-19 vaccine based on their First Amendment Right to refuse and based on the City's lack of authority to create the Covid-19 vaccine requirement because the authority is pre-empted by OSHA's authority to set workplace safety standards.

Therefore, this letter and the attached documents will serve as the Notice of Claims for Employment and Personal Injury Damages for City's Violations of the employees First Amendment Rights, various New York Civil Service Disciplinary Laws, Title VII Religious Harassment, the American's With Disability Act, and the New York City Human Rights Act, which provides punitive damages for the City's reckless disregard for the rights of its employees.

Attached find the following:
1. one (1) completed Employment and Personal Injury Claim form for all employees, and we have provided an Excel spreadsheet that contains all of the data required to be provided in the attached forms.
2. Spreadsheet list of employee information in support of the claim forms
3. Exhibit A – Memorandum of Legal Causes of Action  - pages 1-94

List of Employees for which the Notice of Claim applies and is provided for "All similarly situated employees":

1. Curtis Boyce
2. Sara Coombs-Moreno
3. Elizabeth Loiacono
4. Jesus Coombs
5. Julia Harding
6. Angela Velez
7. Sancha Browne
8. Amoura Bryan
9. Ayse Ustares



10. Zena Wouadjou
11. Remo Dello Ioio
12. Charisse Ridulfo
13. Sancha Browne
14. Tracy-Ann Francis-Martin
15. Kareem Campbell
16. Michelle Hemmings Harrington
17. Mark Mayne
18. Carla Grant
19. Cassandra Chandler
20. Aura Moody
21. Suzanne Deegan
22. Evelyn Zapata
23. Christine O'Reilly
24. Edward Weber
25. Maritza Romero
26. Sean Milan
27. Sonia Hernandez
28. Jeffrey B. Hunter
29. Rasheen Odom
30. Maria Figaro
31. Sara Coombs-Moreno
32. Frankie Trotman
33. Yulonda Smith
34. Roseanna Mustacchia
35. Jessica Csepku
36. Natalya Hogan
37. Bruce Reid
38. Joseph Rullo
39. Cheryl Thompson
40. Dianne Baker-Pacius


If you have any questions or need additional information, please feel free to contact me on my cell number at 602-326-8663.


Sincerely,

*Jo Saint-George, Esq.*
Jo Saint-George, Esq.
Chief Legal Officer


14216 DUNWOOD VALLEY DR., BOWIE MD 20721
Phone: 602-326-8663

Bates605

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the
occurrence using the Office of the NYC Comptroller's website. If the claim is not
resolved within one (1) year and 90 days of the occurrence, you must start a
separate legal action in a court of law before the expiration of this time period
to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's
behalf, please provide the following information:

Last Name:

First Name:

Relationship to the claimant:

## Claimant Information

*Last Name: USTARES

*First Name: AYSE

*Address:

Address 2:

*City:

*State:

*Zip Code:

*Country:

Date of Birth:

Soc. Sec #:

*Phone:

*Email Address

*Retype Email:

Occupation:

Current City Employee? ☒ Yes  ☐ No  ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender: ☐ Male  ☒ Female  ☐ Other

☒ Attorney is filing.

## Attorney Information (if represented by attorney)

+Firm or Last Name: WOMEN OF COLOR 4 EQUAL JUSTIC+

+Firm or First Name: JO SAINT-GEORGE, ESQ.

+Address: MAILING - 350 E. DIAMOND AVE.

Address 2: UNIT 4077

+City: GIATHERSBURG

+State: MARYLAND

+Zip Code: 20877

Tax Id: 261289930

Phone: (602) 326-8663

Email Address: JO@WOC4EQUALJUSTICE.ORG

Retype Email: JO@WOC4EQUALJUSTICE.ORG

## Time and place where the claim arose

Incident Date from: 09/09/2021   *Format: MM/DD/YYYY*

Incident Date to: 05/11/2022   *Format: MM/DD/YYYY*

Incident Location: ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS

Address: PS 19 JUDITH K. WEISS

Address 2:

City: BRONX

State: NEW YORK

Borough: BRONX

*\* Denotes required fields. Either a claimant or attorney email address is required.*
*+ Denotes field that is required if Attorney is filing.*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion: NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING
CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A
LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A
IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM%
20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:
#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE
DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO
DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND
IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO
TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST
COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS
AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON
UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND
VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE
ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA
(THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR
"UNVACCINATED STATUS" OR "VACCINE DEFICIENCY) AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS
ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON
INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL
SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

**\*Agency:** DEPT. OF EDUCATION

Work days lost: 180

**Address:** 65 COURT ST.

**Address 2:** #102

**City:** BROOKLYN

**State:** NEW YORK

**Zip Code:** 11201

Were you employed by a City Contractor at the time of claimed occurrence?  ☐ Yes  ☐ No

++Contractor Name:

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

Bates607

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

## Salary/Benefit Claimed Damages

| | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: | | | |
| Compensatory time: | | | |
| Differential: | | | |
| Annual Leave/Vacation: | | | |
| Sick Leave: | | | |
| Salary: | | | |
| | | **Total:** | 0.00 |

## Additional Claimed Damages

Amount:

| | | |
|---|---|---|
| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM | |
| Specify: | PUNITIVES CALCULATED BASED ON ███████ SALARY | |
| Specify: | ATTORNEY FEES | |
| Specify: | | |
| | **Total:** | ███████ |

**\*\*Total Claimed Amount:** ███████

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*Denotes field that is required.
**Total Claimed Amount will be automatically calculated after all required fields are entered.

Bates608

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the
occurrence using the Office of the NYC Comptroller's website. If the claim is not
resolved within one (1) year and 90 days of the occurrence, you must start a
separate legal action in a court of law before the expiration of this time period
to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's
behalf, please provide the following information:

Last Name:

First Name:

Relationship to
the claimant:

## Claimant Information

| | |
|---|---|
| *Last Name: | MOODY |
| *First Name: | AURA |
| *Address: | |
| Address 2: | |
| *City: | |
| *State: | |
| *Zip Code: | |
| *Country: | |
| Date of Birth: | |
| Soc. Sec #: | |
| *Phone: | |
| *Email Address: | |
| *Retype Email: | |
| Occupation: | |

Current City
Employee?   ☒ Yes   ☐ No   ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender:   ☐ Male   ☒ Female   ☐ Other

☒ Attorney is filing.

## Attorney Information (if represented by attorney)

| | |
|---|---|
| +Firm or Last Name: | WOMEN OF COLOR 4 EQUAL JUSTIC |
| +Firm or First Name: | JO SAINT-GEORGE, ESQ. |
| +Address: | MAILING - 350 E. DIAMOND AVE. |
| Address 2: | UNIT 4077 |
| +City: | GIATHERSBURG |
| +State: | MARYLAND |
| +Zip Code: | 20877 |
| Tax Id: | 261289930 |
| +Phone: | (602) 326-8663 |
| +Email Address: | JO@WOC4EQUALJUSTICE.ORG |
| +Retype Email: | JO@WOC4EQUALJUSTICE.ORG |

## The time and place where the claim arose

| | | |
|---|---|---|
| *Incident Date from: | 09/09/2021 | *Format: MM/DD/YYYY* |
| *Incident Date to: | 05/11/2022 | *Format: MM/DD/YYYY* |
| *Incident Location: | ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS | |
| Address: | 65 COURT STREET | |
| Address 2: | | |
| City: | BROOKLYN | |
| State: | NEW YORK | |
| Borough: | BROOKLYN (KINGS) | |

* Denotes required fields. Either a claimant or attorney email address is required.
+ Denotes field that is required if Attorney is filing.

Bates609

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING
CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A
LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A
IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM%
20-WITH-EXHIBITS-FINAL-V2.PDF  -  CLAIMS:
#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE
DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO
DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND
IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO
TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST
COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS
AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON
UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND
VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE
ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA
(THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR
"UNVACCINATED STATUS" OR "VACCINE DEFICIENCY") AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS
ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON
INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL
SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

**\*Agency:** DEPT. OF EDUCATION

Work days lost:   210

**Address:** 65 COURT ST.

**Address 2:** #102

**City:** BROOKLYN

**State:** NEW YORK

**Zip Code:** 11201

Were you employed by a City Contractor at the time of claimed occurrence?   ☐ Yes   ☐ No

++Contractor Name:

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

Bates610

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**Salary/Benefit Claimed Damages**

| | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: | | | |
| Compensatory time: | | | |
| Differential: | | | |
| Annual Leave/Vacation: | | | |
| Sick Leave: | | | |
| Salary: | | | |
| | | **Total:** | 0.00 |

**Additional Claimed Damages**

Amount:

| | | |
|---|---|---|
| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM | |
| Specify: | PUNITIVES CALCULATED BASED ███████████ | |
| Specify: | ATTORNEY FEES | |
| Specify: | | |
| | **Total:** | |

**\*\*Total Claimed Amount:**   ███████████

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*\*Denotes field that is required.*
*\*\*Total Claimed Amount will be automatically calculated after all required fields are entered.*

Bates611

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

Last Name:

First Name:

Relationship to the claimant:

## Claimant Information

| | |
|---|---|
| *Last Name: | BOYCE |
| *First Name: | CURTIS |
| *Address: | |
| Address 2: | |
| *City: | |
| *State: | |
| *Zip Code: | |
| *Country: | |
| Date of Birth: | |
| Soc. Sec #: | |
| *Phone: | |
| *Email Address: | |
| *Retype Email: | |
| Occupation: | |

Current City Employee?   ■ Yes   ☐ No   ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender:   ☐ Male   ■ Female   ☐ Other

■ Attorney is filing.

## Attorney Information (if represented by attorney)

| | |
|---|---|
| +Firm or Last Name: | WOMEN OF COLOR 4 EQUAL JUSTIC |
| +Firm or First Name: | JO SAINT-GEORGE, ESQ. |
| +Address: | MAILING - 350 E. DIAMOND AVE. |
| Address 2: | UNIT 4077 |
| +City: | GIATHERSBURG |
| +State: | MARYLAND |
| +Zip Code: | 20877 |
| Tax Id: | 261289930 |
| +Phone: | (602) 326-8663 |
| +Email Address: | JO@WOC4EQUALJUSTICE.ORG |
| +Retype Email: | JO@WOC4EQUALJUSTICE.ORG |

## The time and place where the claim arose

| | | |
|---|---|---|
| *Incident Date from: | 09/09/2021 | *Format: MM/DD/YYYY* |
| *Incident Date to: | 05/11/2022 | *Format: MM/DD/YYYY* |
| *Incident Location: | ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS | |
| Address: | 11625 GUY R. BREWER RD | |
| Address 2: | | |
| City: | JAMAICA | |
| State: | NEW YORK | |
| Borough: | QUEENS | |

*\* Denotes required fields. Either a claimant or attorney email address is required.*
*+ Denotes field that is required if Attorney is filing.*

Bates612

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM% 20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:

#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA (THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR "UNVACCINATED STATUS" OR "VACCINE DEFICIENCY) AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

| | |
|---|---|
| **\*Agency:** | DEPT. OF EDUCATION |
| **Address:** | 65 COURT ST. |
| **Address 2:** | #102 |
| **City:** | BROOKLYN |
| **State:** | NEW YORK |
| **Zip Code:** | 11201 |

Work days lost: 210

Amount Earned Weekly: ███████

Amount Earned Yearly: ███████

Were you employed by a City Contractor at the time of claimed occurrence?  ☐ Yes  ☐ No

++Contractor Name: _____

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

Bates613

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

## Salary/Benefit Claimed Damages

| | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: | | | |
| Compensatory time: | | | |
| Differential: | | | |
| Annual Leave/Vacation: | | | |
| Sick Leave: | | | |
| Salary: | | | |
| | | **Total:** | 0.00 |

## Additional Claimed Damages

Amount:

| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM | ▉ |
| Specify: | PUNITIVES CALCULATED BASED ON ▉▉▉▉ | |
| Specify: | ATTORNEY FEES | |
| Specify: | | |
| | **Total:** | |

**\*\*Total Claimed Amount:** ▉▉▉▉

I certify that all information contained in this notice is true, and correct to the best of my
knowledge, and belief. I understand that the willful making of any false statement of
material fact herein will subject me to criminal penalties, and civil liabilities.

*Denotes field that is required.
**Total Claimed Amount will be automatically calculated after all required fields are entered.

Bates614

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:  NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

Last Name: 

First Name: 

Relationship to the claimant: 

**■ Attorney is filing.**

## Attorney Information (if represented by attorney)

+Firm or Last Name: WOMEN OF COLOR 4 EQUAL JUSTIC

+Firm or First Name: JO SAINT-GEORGE, ESQ.

+Address: MAILING - 350 E. DIAMOND AVE.

Address 2: UNIT 4077

+City: GIATHERSBURG

+State: MARYLAND

+Zip Code: 20877

Tax Id: 261289930

+Phone: (602) 326-8663

+Email Address: JO@WOC4EQUALJUSTICE.ORG

+Retype Email: JO@WOC4EQUALJUSTICE.ORG

## Claimant Information

*Last Name: BRYAN

*First Name: AMOURA

*Address: ███████████

Address 2: 

*City: 

*State: 

*Zip Code: 

*Country: 

Date of Birth: 

Soc. Sec #: 

*Phone: 

*Email Address: 

*Retype Email: 

Occupation: TEACHER REMOTE HOME

Current City Employee? ■ Yes ☐ No ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender: ☐ Male ■ Female ☐ Other

## The time and place where the claim arose

*Incident Date from: 09/09/2021   *Format: MM/DD/YYYY*

*Incident Date to: 05/11/2022   *Format: MM/DD/YYYY*

*Incident Location: ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS

Address: 65 COURT STREET

Address 2: 

City: BROOKLYN

State: NEW YORK

Borough: BROOKLYN (KINGS)

*Denotes required fields. Either a claimant or attorney email address is required.*
*+ Denotes field that is required if Attorney is filing.*

Bates615



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:  NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING
CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A
LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A
IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM%
20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:
#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE
DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO
DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND
IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO
TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST
COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS
AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON
UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND
VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE
ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA
(THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR
"UNVACCINATED STATUS" OR "VACCINE DEFICIENCY") AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS
ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON
INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL
SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

| | |
|---|---|
| **\*Agency:** | DEPT. OF EDUCATION |
| Address: | 65 COURT ST. |
| Address 2: | #102 |
| City: | BROOKLYN |
| State: | NEW YORK |
| Zip Code: | 11201 |

Were you employed by a City Contractor at the time of claimed occurrence?   ☐ Yes   ☐ No

++Contractor Name: [                    ]

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

Bates616

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

## Salary/Benefit Claimed Damages

| | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: | | | |
| Compensatory time: | | | |
| Differential: | | | |
| Annual Leave/Vacation: | | | |
| Sick Leave: | | | |
| Salary: | | | |
| | **Total:** | | 0.00 |

## Additional Claimed Damages

| | | Amount |
|---|---|---|
| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | ■■■ |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREED | |
| Specify: | PUNITIVES CALCULATED BASED ON 3 X GROSS SALARY | |
| Specify: | ATTORNEY FEES | |
| Specify: | | |
| | **Total:** | |

**\*\*Total Claimed Amount:** ■■■■■

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*Denotes field that is required.
**Total Claimed Amount will be automatically calculated after all required fields are entered.

Bates617

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

Last Name:

First Name:

Relationship to the claimant:

## Claimant Information

*Last Name: OREILLY

*First Name: CHRISTINE

*Address: ▮

Address 2: ▮

*City: ▮

*State: ▮

*Zip Code: ▮

*Country: ▮

Date of Birth: ▮

Soc. Sec #: ▮

*Phone: ▮

*Email Address ▮

*Retype Email: ▮

Occupation: TEACHER

Current City Employee? ☒ Yes  ☐ No  ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender: ☐ Male  ☒ Female  ☐ Other

☒ Attorney is filing.

## Attorney Information (if represented by attorney)

+Firm or Last Name: WOMEN OF COLOR 4 EQUAL JUSTIC+

+Firm or First Name: JO SAINT-GEORGE, ESQ.

+Address: MAILING - 350 E. DIAMOND AVE.

Address 2: UNIT 4077

+City: GIATHERSBURG

+State: MARYLAND

+Zip Code: 20877

Tax Id: 261289930

+Phone: (602) 326-8663

+Email Address: JO@WOC4EQUALJUSTICE.ORG

+Retype Email: JO@WOC4EQUALJUSTICE.ORG

## The time and place where the claim arose

*Incident Date from: 09/09/2021    *Format: MM/DD/YYYY*

*Incident Date to: 05/11/2022    *Format: MM/DD/YYYY*

*Incident Location: ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS

Address: 60-02 60TH LANE

Address 2:

City: MASPETH

State: NEW YORK

Borough: MANHATTAN (NEW YORK)

*\* Denotes required fields. Either a claimant or attorney email address is required.*
*+ Denotes field that is required if Attorney is filing.*

Bates618

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion: NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM% 20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:

#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA (THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR "UNVACCINATED STATUS" OR "VACCINE DEFICIENCY") AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

**\*Agency:** DEPT. OF EDUCATION

Address: 65 COURT ST.

Address 2: #102

City: BROOKLYN

State: NEW YORK

Zip Code: 11201

Work days lost: 210

Amount Earned Weekly: ███████

Amount Earned Yearly: ███████

Were you employed by a City Contractor at the time of claimed occurrence?  ☐ Yes  ☐ No

++Contractor Name: _____

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

## Salary/Benefit Claimed Damages

| | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: | | | |
| Compensatory time: | | | |
| Differential: | | | |
| Annual Leave/Vacation: | | | |
| Sick Leave: | | | |
| Salary: | | | |
| **Total:** | | | 0.00 |

## Additional Claimed Damages

Amount:

| | | |
|---|---|---|
| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | ■■■■ |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM | |
| Specify: | PUNITIVES CALCULATED BASED ON 3 X GROSS SALARY | |
| Specify: | ATTORNEY FEES | |
| Specify: | | |
| | **Total:** | |

**Total Claimed Amount:** ■■■■

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*Denotes field that is required.
**Total Claimed Amount will be automatically calculated after all required fields are entered.

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the
occurrence using the Office of the NYC Comptroller's website. If the claim is not
resolved within one (1) year and 90 days of the occurrence, you must start a
separate legal action in a court of law before the expiration of this time period
to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

Last Name:

First Name:

Relationship to the claimant:

## Claimant Information

| | |
|---|---|
| *Last Name: | CHANDLER |
| *First Name: | CASSANDRA |
| *Address: | |
| Address 2: | |
| *City: | |
| *State: | |
| *Zip Code: | |
| *Country: | |
| Date of Birth: | |
| Soc. Sec #: | |
| *Phone: | |
| *Email Address: | |
| *Retype Email: | |
| Occupation: | |

Current City Employee?  ☒ Yes  ☐ No  ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender:  ☐ Male  ☒ Female  ☐ Other

☒ Attorney is filing.

## Attorney Information (if represented by attorney)

| | |
|---|---|
| +Firm or Last Name: | WOMEN OF COLOR 4 EQUAL JUSTICE |
| +Firm or First Name: | JO SAINT-GEORGE, ESQ. |
| +Address: | MAILING - 350 E. DIAMOND AVE. |
| Address 2: | UNIT 4077 |
| +City: | GIATHERSBURG |
| +State: | MARYLAND |
| +Zip Code: | 20877 |
| Tax Id: | 261289930 |
| +Phone: | (602) 326-8663 |
| +Email Address: | JO@WOC4EQUALJUSTICE.ORG |
| +Retype Email: | JO@WOC4EQUALJUSTICE.ORG |

## The time and place where the claim arose

| | | |
|---|---|---|
| *Incident Date from: | 09/09/2021 | *Format: MM/DD/YYYY* |
| *Incident Date to: | 05/11/2022 | *Format: MM/DD/YYYY* |
| *Incident Location: | ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS | |
| Address: | 150 WILLIAM STREET | |
| Address 2: | | |
| City: | NEW YORK | |
| State: | NEW YORK | |
| Borough: | MANHATTAN (NEW YORK) | |

*\* Denotes required fields. Either a claimant or attorney email address is required.*
*+ Denotes field that is required if Attorney is filing.*

Bates621

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING
CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A
LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A
IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM%
20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:
#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE
DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO
DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND
IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO
TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST
COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS
AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON
UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND
VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE
ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA
(THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR
"UNVACCINATED STATUS" OR "VACCINE DEFICIENCY") AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS
ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON
INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL
SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

**\*Agency:**   ADMINISTRATION FOR CHILDREN'S SE

**Address:**   66 JOHN STREET

**Address 2:**   #400

**City:**   NEW YORK

**State:**   NEW YORK

**Zip Code:**   10038

**Work days lost:**   210

Were you employed by a City Contractor at the time of claimed occurrence?   ☐ Yes   ☐ No

**++Contractor Name:**

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

Bates622

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

## Salary/Benefit Claimed Damages

|  | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: |  |  |  |
| Compensatory time: |  |  |  |
| Differential: |  |  |  |
| Annual Leave/Vacation: |  |  |  |
| Sick Leave: |  |  |  |
| Salary: |  |  |  |
| **Total:** |  |  | 0.00 |

## Additional Claimed Damages

| | | Amount: |
|---|---|---|
| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | 2 ███ |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM | + ███ |
| Specify: | PUNITIVES CALCULATED BASED ON 3 X GROSS SALARY | 3 ███ |
| Specify: | ATTORNEY FEES | 5 ███ |
| Specify: | | ███ |
| | **Total:** | 6 ███ |

**\*\*Total Claimed Amount:**  ███

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*Denotes field that is required.
**Total Claimed Amount will be automatically calculated after all required fields are entered.

Bates623

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the
occurrence using the Office of the NYC Comptroller's website. If the claim is not
resolved within one (1) year and 90 days of the occurrence, you must start a
separate legal action in a court of law before the expiration of this time period
to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

Last Name:      NOTE: MR. DELLO IOIO HAS FILED A NOTIC

First Name:     THIS IS TO CONFIRM THAT

Relationship to the claimant:   WE REPRSENT HIM NOW.

## Claimant Information

*Last Name:     RIDULFO

*First Name:    CHARISSE

*Address:       ▉

Address 2:      ▉

*City:          ▉

*State:         ▉

*Zip Code:      ▉

*Country:       ▉

Date of Birth:  ▉

Soc. Sec #:     ▉

*Phone:         ▉

*Email Address  ▉

*Retype Email:  ▉

Occupation:     ▉

Current City Employee?   ☒ Yes   ☐ No   ☐ NA

Current Agency:  DEPT. OF EDUCATION

Gender:   ☐ Male   ☒ Female   ☐ Other

☒ Attorney is filing.

## Attorney Information (if represented by attorney)

+Firm or Last Name:   WOMEN OF COLOR 4 EQUAL JUSTIC

+Firm or First Name:  JO SAINT-GEORGE, ESQ.

+Address:       MAILING - 350 E. DIAMOND AVE.

Address 2:      UNIT 4077

+City:          GIATHERSBURG

+State:         MARYLAND

+Zip Code:      20877

Tax Id:         261289930

+Phone:         (602) 326-8663

+Email Address:   JO@WOC4EQUALJUSTICE.ORG

+Retype Email:  JO@WOC4EQUALJUSTICE.ORG

## The time and place where the claim arose

*Incident Date from:   09/09/2021    *Format: MM/DD/YYYY*

*Incident Date to:     05/11/2022    *Format: MM/DD/YYYY*

*Incident Location:    ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS

Address:        3450 TREMONT AVENUE

Address 2:

City:           BRONX

State:          NEW YORK

Borough:        BRONX

* Denotes required fields. Either a claimant or attorney email address is required.
+ Denotes field that is required if Attorney is filing.

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING
CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A
LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A
IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM%
20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:
#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE
DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO
DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND
IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO
TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST
COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS
AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON
UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND
VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE
ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA
(THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR
"UNVACCINATED STATUS" OR "VACCINE DEFICIENCY") AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS
ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON
INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL
SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

**\*Agency:** DEPT. OF EDUCATION

**Address:** 65 COURT ST.

**Address 2:** #102

**City:** BROOKLYN

**State:** NEW YORK

**Zip Code:** 11201

Work days lost: 210

Were you employed by a City Contractor at the time of claimed occurrence?   ☐ Yes   ☐ No

++Contractor Name:

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

Bates625

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**Salary/Benefit Claimed Damages**

|  | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: |  |  |  |
| Compensatory time: |  |  |  |
| Differential: |  |  |  |
| Annual Leave/Vacation: |  |  |  |
| Sick Leave: |  |  |  |
| Salary: |  |  |  |
|  |  | **Total:** | 0.00 |

**Additional Claimed Damages**

Amount:

| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | ████ |
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM | |
| Specify: | PUNITIVES CALCULATED BASED O ████████ | |
| Specify: | ATTORNEY FEES | |
| Specify: |  | |
|  | **Total:** | |

**\*\*Total Claimed Amount:** ████

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*Denotes field that is required.
\*\*Total Claimed Amount will be automatically calculated after all required fields are entered.

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion: NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ☐ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

Last Name:

First Name:

Relationship to the claimant:

## Claimant Information

*Last Name: BAKER-PACIUS

*First Name:

*Address:

Address 2:

*City:

*State:

*Zip Code:

*Country:

Date of Birth:

Soc. Sec #:

*Phone:

*Email Addres

*Retype Email:

Occupation:

Current City Employee? ☒ Yes  ☐ No  ☐ NA

Current Agency: DEPT. OF EDUCATION

Gender: ☐ Male  ☒ Female  ☐ Other

☒ Attorney is filing.

## Attorney Information (if represented by attorney)

+Firm or Last Name: WOMEN OF COLOR 4 EQUAL JUSTIC

+Firm or First Name: JO SAINT-GEORGE, ESQ.

+Address: MAILING - 350 E. DIAMOND AVE.

Address 2: UNIT 4077

+City: GIATHERSBURG

+State: MARYLAND

+Zip Code: 20877

Tax Id: 261289930

+Phone: (602) 326-8663

+Email Address: JO@WOC4EQUALJUSTICE.ORG

+Retype Email: JO@WOC4EQUALJUSTICE.ORG

## The time and place where the claim arose

*Incident Date from: 09/09/2021  *Format: MM/DD/YYYY*

*Incident Date to: 05/11/2022  *Format: MM/DD/YYYY*

*Incident Location: ONGOING RELIGIOUS & DISABILITY HARASSMENT & DISTRESS

Address: 370 WEST 120TH ST.

Address 2:

City: NEW YORK

State: NEW YORK

Borough: MANHATTAN (NEW YORK)

*Denotes required fields. Either a claimant or attorney email address is required.*
*+ Denotes field that is required if Attorney is filing.*

Bates627

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**\*Nature of Claim/Description of Claim**

THE WOMEN OF COLOR FOR EQUAL JUSTICE ARE REPRESENTING MULTIPLE CITY WORKERS AND IS SEEKING CLASS CERTIFICATION OF WHICH THIS EMPLOYEE HAS BEEN NAME AS PART OF THE PROPOSED CLASS. A LAWSUIT HAS BEEN FILED TO PRESERVE STATUTES OF LIMITATIONS. SEE DETAILS OF BELOW CLAIMS IN EXHIBIT A IN THE BELOW LINK - HTTP://WWW.WOC4EQUALJUSTICE.ORG/LEGAL//NOTICE%20OF%20CLAIM% 20-WITH-EXHIBITS-FINAL-V2.PDF  - CLAIMS:
#1.  OSHA PRE-EMPTION OF NEW YORK CITY DEPARTMENT OF HEALTH ORDERS - THE CITY THROUGH THE DEPARTMENT OF HEALTH LACKED AUTHORITY TO ISSUE THE COVID-19 VACCINE ORDERS FROM AUGUST 2021 TO DECEMBER 2021 THAT ONLY APPLIED TO CITY EMPLOYEES. ONLY OSHA HAS  AUTHORITY TO CREATE AND IMPLEMENT WORKPLACE SAFETY STANDARDS. THE ORDERS WERE NOT FOR THE GENERAL GOO, CITY FAILED TO TRAIN EMPLOYEES REGARDING ALL OSHA RISK MITIGATION CONTROLS FOR WORKPLACE SAFETY AGAINST COVID-19 - SPECIFICALLY THE RIGHT TO "REMOTE WORK" AND SAFETY EQUIPMENT - SPECIFICALLY RESPIRATORS AND POWERED AIR PURIFYING RESPIRATORS (PAPR)  -

#2 - BECAUSE THE CITY LACKED AUTHORITY TO CREATE, IMPLEMENT, ENFORCE AND DISCIPLINE BASED ON UNAUTHORIZED ORDERS, THE CITY VIOLATED THE CLASSES FIRST AMENDMENT RIGHTS TO FREE EXERCISE AND VIOLATED THE ESTABLISHMENT CLAUSE FOR FAILING TO PROMOTE AND ALLOW EMPLOYEES TO CHOOSE ALTERNATIVE RELIGIOUS MEDICAL TREATMENTS TO DEAL WITH COVID-19 IN THEIR BODIES.

#3 THE CITY ENGAGED IN DISCRIMINATORY HARASSMENT AND COERCION IN VIOLATION OF: TITLE VII, THE ADA (THE EMPLOYEES IN THE PROTECTED CLASS OF THOSE WITH A "PERCEIVED DISABILITY" DUE TO THEIR "UNVACCINATED STATUS" OR "VACCINE DEFICIENCY") AND IN VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS ACT FOR THE SAME REASONS ABOVE. #4 WRONGFUL DISCIPLINE - THE CITY WRONGLY PLACED EMPLOYEES ON INVOLUNTARY INDETERMANAT LEAVE WITHOUT PAY BUT CLAIMED TO TERMINATE THEM IN VIOLATION OF CIVIL SERVICE LAWS A. EDUCATION LAW §3020  FOR ALL TENURED TEACHERS IN THE DEPARTMENT OF EDUCATION;

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

| | |
|---|---|
| **\*Agency:** | DEPT. OF EDUCATION |
| Address: | 65 COURT STREET |
| Address 2: | |
| City: | BROOKLYN |
| State: | NEW YORK |
| Zip Code: | 11201 |

Work days lost:   210

Amount Earned Weekly:

Amount Earned Yearly:

Were you employed by a City Contractor at the time of claimed occurrence?   ☐ Yes   ☐ No

++Contractor Name:

*\*Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion:   NYC-COMPT-BLA-LE-C4

**Salary/Benefit Claimed Damages**

|  | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: |  |  |  |
| Compensatory time: |  |  |  |
| Differential: |  |  |  |
| Annual Leave/Vacation: |  |  |  |
| Sick Leave: |  |  |  |
| Salary: |  |  |  |
|  |  | **Total:** | 0.00 |

**Additional Claimed Damages**                                                                Amount:

| Specify: | MENTAL DISTRESS DAMAGES FOR HARASSMENT + COERCION = 2X SALARY | ███████ |
|---|---|---|
| Specify: | PUNITIVE DAMAGES FOR RECKLESS DISREGARD FOR MY MEDICAL FREEDOM |  |
| Specify: | PUNITIVES CALCULATED BASED ON 3 X GROSS SALARY |  |
| Specify: | ATTORNEY FEES |  |
| Specify: |  |  |
|  | **Total:** |  |

**\*\*Total Claimed Amount:**   ████████

I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.

*\*Denotes field that is required.*
*\*\*Total Claimed Amount will be automatically calculated after all required fields are entered.*

Bates629

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101216**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:BRYAN
Claimant First Name:AMOURA

Bates630

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101211**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:VELEZ
Claimant First Name:ANGELA

Bates631

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101279**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:MOODY
Claimant First Name:AURA

Bates632

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101218**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:USTARES
Claimant First Name:AYSE

Bates633

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101236**

**You uploaded:**
Claim Form: 1
Supporting Documents:1


5/11/2022 12:00 AM
Claimant Last Name:REID
Claimant First Name:BRUCE

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101199**

**You uploaded:**
Claim Form: 1
Supporting Documents:0

5/11/2022 12:00 AM
Claimant Last Name:GRANT
Claimant First Name:CARLA

Bates635

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101231**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:CHANDLER
Claimant First Name:CASSANDRA

Bates636

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101225**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:RIDULFO
Claimant First Name:CHARISSE

Bates637

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101270**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:OREILLY
Claimant First Name:CHRISTINE

Bates638

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101230**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:BOYCE
Claimant First Name:CURTIS

Bates639

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101281**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:BAKER-PACIUS
Claimant First Name:DIANNE

Bates640

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101282**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:WEBER
Claimant First Name:EDWARD

Bates641

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101284**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:LOIACONO
Claimant First Name:ELIZABETH

Bates642

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101269**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:ZAPATA
Claimant First Name:EVELYN

Bates643

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101237**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:TROTMAN
Claimant First Name:FRANKIE

Bates644

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101247**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:HUNTER
Claimant First Name:JEFFEREY B.

Bates645

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101275**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:CSEPKU
Claimant First Name:JESSICA

Bates646

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101195**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:COMBS
Claimant First Name:JESUS

Bates647

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101234**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:RULLO
Claimant First Name:JOSEPH

Bates648

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101208**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:HARDING
Claimant First Name:JULIA

Bates649

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101205**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:CAMPELL
Claimant First Name:KAREEM

Bates650

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101252**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:FIGARO
Claimant First Name:MARIA

Bates651

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101271**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:ROMERO
Claimant First Name:MARITZA

Bates652

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101227**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:MAYNE
Claimant First Name:MARK

Bates653

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101203**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:HEMMINGS-HARRINGON
Claimant First Name:MICHELLE

Bates654

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101277**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:HOGAN
Claimant First Name:NATALYA

Bates655

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101250**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:ODOM
Claimant First Name:RASHEEN

Bates656

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101221**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:DELLO IOIO
Claimant First Name:REMO

Bates657

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101276**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:MUSTACCHIA
Claimant First Name:ROSEANNA

Bates658

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101215**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:BROWNE
Claimant First Name:SANCHA

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101207**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:COOMBS - MORENO
Claimant First Name:SARA

Bates660

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101240**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:MILAN
Claimant First Name:SEAN

Bates661

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101273**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:HERNANDEZ
Claimant First Name:SONIA

Bates662

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101268**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:DEEGAN
Claimant First Name:SUZANNE

Bates663

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101197**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:TRACY-ANN
Claimant First Name:FRANCIS MARTIN

Bates664

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101274**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:SMITH
Claimant First Name:YULANDA

Bates665

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202200101219**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

5/11/2022 12:00 AM
Claimant Last Name:WOUADJOU
Claimant First Name:ZENA