**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SARA COOMBS-MORENO, REMO DELLO IOIO, ELIZBETH LOIACONO, SUZANNE DEEGAN, MARITZA ROMERO, JULIA HARDING, CHRISTINE O'REILLY, AYSE P. USTARES, JESUS COOMBS, ANGELA VELEZ, SANCHA BROWNE, AMOURA BRYAN, ZENA WOUADJOU, CHARISSE RIDULFO, TRACY-ANN FRANCIS MARTIN, KAREEM CAMPBELL, MICHELLE HEMMINGS HARRINGTON, MARK MAYNE, CARLA GRANT, OPHELA INNISS, CASSANDRA CHANDLER, AURA MOODY, EVELYN ZAPATA, SEAN MILAN, SONIA HERNANDEZ, BRUCE REID, JOSEPH RULLO, AND CURTIS BOYCE, JOSESPH SAVIANO, MONIQUE MORE, NATALYA HOGAN, JESSICA CSEPKU, ROSEANNE MUSTACCHIA, YULONDA SMITH, MARIA FIGARO, RASHEEN ODOM, FRANKIE TROTMAN, EDWARD WEBER, MERVILYN WALLEN, PAULA SMITH, CHRISTIAN MURILLO, LYNDSAY WANSER, JOSEPH SAVIANO, MARVILYN WALLEN, CHRISTIAN MURILLO, DAWN SCHOL, SUZANNE SCHROETER, SARAH WIESEL, ALTHEA BRISSETT, TRACEY HOWARD, MARC ROSIELLO, AUDREY DENNIS, MARIE JOSEPH, PATRICIA CATOIRE, SALLY MUSSAFI, COLETTE CAESAR, BERTRAM SCOTT, DIANE PAGEN, STELLA M. PRESTON, RACHELLE GARCIA, JULIE LAWLEY, SUSANNE PHILLIP, MARIA ESTRADA, AND JENNETTE FRAZER, individually and on behalf of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>            v.<br><br>THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS, FORMER  MAYOR BILL deBLASIO, COMISSIONER ASHWIN VASAN, MD, PHD,  AND FORMER COMMISSIONER DAVE A. CHOKSHI, M.D., MSC., DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DEPARTMENT OF EDUCATION AND DOES 1-20<br><br>                    Defendants | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>INDEX No.:1:22 CV 02234-EK-LB |

TO: OPPOSING COUNSEL PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annex thereto, I Jo Saint-George will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States of District Courts for the Eastern District of New York for an order allowing the admission of movant, a member of the non- profit civil liberties and social justice organization Women of Color For Equal Justice and a member in good standing of the bar of the State of Arizona, as attorney pro hac vice to argue or try this case in whole or in part as counsel for the proposed class of Plaintiffs.

There are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 19, 2024

Respectfully submitted,

/s/ *Jo Saint-George*

_____
Jo Saint-George, Esq.
Women of Color for Equal Justice
14216 Dunwood Valley Dr
Bowie MD 20721-1246
jo@woc4equaljustice.org
*Counsel for Plaintiffs*