

*Jo Saint-George*
*Phone: 602-326-8663*
*Fax:  (202) 830-2005*
*E-mail: jo@woc4equaljustice.org*

**VIA- ECF**

March 6, 2024

Honorable Eric Komitee
United States District Court,
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

    Re:    **Request For Relief From Court Rules of Practice II(D) – Courtesy Copies**
                  <u>Women of Color for Equal Justice et al. v. New York, et. al</u> Civil Action No: 22-cv-02234
                  LM No.  2022-021670

Dear Judge Komitee:

I am counsel of record on the above reference case from the Women of Color for Equal Justice Advocacy Center. We are a 501c(3) member advocacy organization that provides pro bono and low cost policy, advocacy and litigation services that relies solely on member and small donor support and we have not received federal grants.

Because of our very small funding resources, we request to be relieved from the Courts Rule II Courtesy Copy requirement currently and going forward. We apologize for the oversight in failing to provide copies of all the pending motions due to lack of financial ability; however, we hope that this request can be granted in the interest of justice and economy.

Respectfully Submitted,

/s/ *Jo Saint-George, Esq.*
Jo Saint-George, Esq.



cc: Elisheva L. Rosen
Assistant Corporation Counsel Office
of Hon. Sylvia O. Hinds-Radix
The City of New York Law
Department 100 Church Street
New York, New York 10007
Phone: (212) 356-3522
E-mail: erosen@law.nyc.gov