UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
WOMEN OF COLOR FOR EQUAL JUSTICE, ET. AL.,

                                             Plaintiffs,

-against-

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS, COMMISSIONER ASHWIN VASAN, M.D. PH.D., DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DEPARTMENT OF EDUCATION, AND DOES 1-20,

                                             Defendants

-------------------------------------------------------------------------- x

**NOTICE OF MOTION FOR PARTIAL <u>RECONSIDERATION</u>**

22-CV-02234

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated October 9, 2024, and upon all prior pleadings and proceedings herein, Defendants New York City Department of Education ("DOE") and City of New York ("City") will move this Court before the Honorable Eric Komitee, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201, on a date and time to be determined by the Court, for partial reconsideration of the Court's Memorandum and Order, ECF Dkt. No. 99, dated September 25, 2024, which granted in part and denied in part Defendants' Motion to Dismiss, and for such other and further relief as the Court deems just and proper.

Dated: New York, NY
        October 9, 2024

                                          **MURIEL GOODE-TRUFANT**
                                          Acting Corporation Counsel of the City of New York
                                          *Attorney for Defendants NYC and DOE*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-3522

                                          By:   */s/ Elisheva L. Rosen*
                                                     Elisheva L. Rosen
                                                     Assistant Corporation Counsel

TO:    <u>**VIA ECF**</u>

**Jo Saint-George**
Women of Color For Equal Justice
Attorney for Plaintiffs
Maryland 350 E. Diamond Ave.
Suite 4077 Ste Unit 4205
Gaithersburg, MD 20877
602-326-8663
jo@woc4equaljustice.org

**Honorable Lois Bloom**
United States Magistrate Judge