UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

SARA COOMBS, et al.

                    Plaintiffs,

        v.

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS,
FORMER MAYOR BILL DEBLASIO,
COMISSIONER ASHWIN VASAN, MD, PHD
DEPARTMENT OF HEALTH AND MENTAL HYGIENE,
DEPARTMENT OF EDUCATION, AND DOES 1-20

                    Defendants.

INDEX No.: 1:22 CV 02234-EK-LB

**NOTICE OF MOTION TO**
**WITHDRAW AS COUNSEL**

_____

Pursuant to Local Civil Rule 1.4 of the United States District Curt for the Eastern District of New York, the Women of Color For Qual Justic Law Center attorney Jo Saint-George, along with attorney's Tricia S. Lindsey and Donna Este- Green, hereby moves to withdraw as counsel for Plaintiff, Amoura Bryan only.  A declaration in support of this motion is submitted herewith.

Dated: October 16, 2024

/s/ *Jo Saint – George*
Jo Saint-George, Esq.
14216 Dunwood Valley Dr.
Bowie MD 20721-1246
jo@woc4equaljustice.org
Phone: 301-447-3600

/s/ *Donna Este- Green*
Donna Este-Green, Esq. Bar#2517688
25 Fairway Dr.
Hempstead, NY 11550

/s/ *Tricia S. Linday*
Tricia S. Lindsay, Esq.
531 E. Lincoln Ave., Suite 5B
Mount Vernon, New York 10552

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 16, 2024, I caused a copy of this Motion to Withdraw to be electronically served on Defendants to:

**Elisheva L. Rosen**
Assistant Corporation Counsel | New York City Law Department
Labor and Employment Law Division
100 Church Street, Rm 2-316 | New York, New York 10007
Cell: (929) 486-5037
Work: (212) 356-3522
Fax: (212) 356-2349
erosen@law.nyc.gov

Dated: October 16, 2024

/s/ *Jo Saint – George*

Jo Saint-George, Esq.
14216 Dunwood Valley Dr.
Bowie MD 20721-1246
jo@woc4equaljustice.org
Phone: 301-447-3600