ORIGINAL

REC'D IN PRO SE OFFICE
OCT 17 '24 PM3:12

**AMOURA BRYAN**
5 Boston Court
Newark, N.J. 07103
amourabryan@gmail.com
929-216-9100

October 16, 2024

Honorable Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

Re: **Request to Respond to Attorney's Motion to Withdraw**
Civil Action No: 22-cv-02234(EK)(LB)

Dear Judge Komitee:

I am writing to formally request an opportunity to respond to the motion to withdraw filed by my attorney, Jo St. George, or, alternatively, to request a meeting with the Court to discuss the matter.

Given the significant impact that this withdrawal could have on my case, I believe it is crucial that I be afforded the chance to express my position regarding the circumstances leading to this motion. I respectfully ask the Court to schedule a hearing or conference where I can present my concerns and ensure that my interests are properly represented during this transition period.

If a hearing is not feasible, I request permission to submit a written response to the motion to withdraw so that the Court has a full understanding of my perspective on this matter.

Thank you for your time and consideration. I look forward to the Court's guidance on this request.

Sincerely,

Amoura Bryan