REC'D IN PRO SE OFFICE
OCT 21 '24 AM8:35

**AMOURA BRYAN**
5 Boston Court
Newark, N.J. 07103
amourabryan@gmail.com
929-216-9100

<u>*VIA PRO SE DESK*</u>　　　　　　　　　　　　　　　　　　　　　October 21, 2024

Honorable Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

　　　　　　　Re: **Termination of Attorney Jo Saint-George**
　　　　　　　　　**Civil Action No: 22-cv-02234(EK)(LB)**

Dear Judge Komitee:

I respectfully requested a conference or hearing to address and respond to Attorney Jo Saint-George's Motion to Withdraw as my counsel because her stated reasons are inaccurate and misrepresent the facts. Contrary to her claims, I have consistently communicated with Attorney Saint-George regarding the progression of my case. The allegations of non-communication with Attorney Saint-George are unfounded and false.

At this time I am informing you that I terminated Attorney Saint-George from my case and I do not want any further representation from her on this case.

To clarify my reasons for terminating Attorney Saint-George and to address the inaccuracies in her assessment of me, I outline the following points:

1. **Ongoing Communication:** I have maintained regular communication with Attorney Saint-George throughout my case. Therefore, the assertion that communication has been insufficient is false.
2. **Inappropriate Conduct by Attorney Saint-George:** Following your decision to dismiss the other plaintiffs' claims while allowing my claims to proceed, Attorney Saint-George has repeatedly contacted me urging me to agree to recuse you, Judge Komitee, and follow the same course of action as the dismissed plaintiffs. I told Attorney Saint-George that I will not agree to your recusal. She responded to that with a demand that I sign a waiver that is not in my best interest.

3. **Misrepresentation and Lack of Consent:** Attorney Saint-George's many attempts to force me into recusing you when I don't want to do that has severely damaged our attorney-client relationship. I have lost confidence in her ability to represent me fairly.
4. **Threat of Retaining Lien and Financial Claims:** Attorney Saint-George has threatened to place a retaining lien on my litigation file, despite my substantial financial contributions and other support to her practice. This is inconsistent with our original understanding that her services were provided under a nonprofit model aimed at supporting women of color. I have also worked to offset the cost of her services by referring similarly situated clients to her which contributed to the expansion of her client base.

Under **New York's Rules of Professional Conduct,** I have the right to discharge my attorney at any time. I am now in the process of retaining new legal representation or proceeding pro se. At this time, I do not want Attorney Saint-George to oppose the City's Motion for Reconsideration on my behalf, as I no longer have confidence in her ability to effectively represent my interests in this matter. Accordingly, I respectfully request the following:

1. **An Extension of Time to Retain New Counsel:** Pursuant to CPLR 321(b)(1), I request additional time to secure new legal representation in order to oppose the reconsideration of my case. I am requesting for the extended time period of 90 days.
2. **Delivery of My Complete Case File:** I further request that the Court order Attorney Saint-George to promptly send my complete case files, documents, and correspondence to me, in compliance with New York law. I request that these materials be delivered within 10 business days, either to my home address or via secure electronic delivery.
3. **Pursuant to F.R.C.P. Rule 15:** I request that I be given extended time and the opportunity to amend my complaint which is now only against two defendants, the City of New York and the Department of Education. I have issues that are pertinent to my specific case that I would like to submit to the court. These two defendants I feel necessitate an amended complaint to pursue my case.

I appreciate the Court's attention to this matter and its consideration of my requests.

Respectfully,

/s/ *Amoura Bryan*

**Amoura Bryan**

cc: Attorney Elisheva Leah Rosen (via email)

   Attorney Jo Saint-George  (via email and certified mail)