

*Jo Saint-George*
*Phone: 602-326-8663*
*Fax:  (202) 830-2005*
*E-mail:*
*jo@woc4equaljustice.org*

<u>**VIA- ECF**</u>

October 21, 2024

Honorable Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

      Re:    **RENEWED LETTER MOTION REQUEST FOR CONTINUANCE**
              <u>Amoura Bryan v. New York, et. al Civil Action No: 22-cv-02234</u>

Dear Judge Komitee:

On September 25, 2024, this Court dismissed Plaintiffs claims in the above referenced matter, except for the Title VII and New York City Huma Rights Act Claims for individual claimant Amoura Bryan. See ECF #99

On October 16, 2024, I submitted a request to withdraw as counsel of record for Plaintiff Amoura Bryan and requested a 90-day continuation for Ms. Bryan to respond to the City of New York Motion To Reconsider.

On October 18, 2024, the court denied this counsel's request for the continuance.

Today, October 21, 2024, this counsel filed a Supplemental Declaration explaining the real conflict of interest that exists with Ms. Bryan See ECF #106 and again requested to withdraw pursuant to New York State Rules of Professional Conduct Rule 1.7 for Conflict of Interest. Ms. Bryan filed her own letter confirming the conflict and confirming that she consents to the withdrawal.

Counsel has consulted again with City of New York Counsel, Ms. Elisha Rosen and she now consents to a 90-day continuance for Ms. Bryan to locate a new lawyer and respond to the pending Motion for Reconsideration.

In summary, this counsel again requests the Court to grant the stipulated 90 – day continuance for Ms. Bryan to respond to the City's Motion to Reconsider.



There are no other scheduled deadlines in this case.

Respectfully Submitted,

/s/ *Jo Saint-George*

Jo Saint-George


cc:     Elisheva L. Rosen
        Assistant Corporation Counsel
        Office of Hon. Sylvia O. Hinds-Radix
        The City of New York Law Department 100 Church Street
        New York, New York 10007
        Phone: (212) 356-3522
        E-mail: erosen@law.nyc.gov