

*Jo Saint-George*
*Phone: 602-326-8663*
*Fax:  (202) 830-2005*
*E-mail:*
*jo@woc4equaljustice.org*

**VIA- ECF**

November 20, 2024

Honorable Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

      Re:    **RESPONSE TO NOV 13, 2024 ORDER**
                Women of Color For Equal Justice et al v. New York, et. al Civil Action No: 22-cv-02234

Dear Judge Komitee:

I received a call a bit ago from your clerk regarding your Order of November 13, 2024. By this Letter, I am confirming receipt of your November 13, 2024 Order.

Further, in response to the Court's Order, attached please find my sworn Declaration explaining the administrative mistake that caused Mr. Whitsett and a few other parties to be named in the above reference case.  Also, as of my Notice of Amended Appeal filed on November 11, 2023 at ECF #115 filed before this Court's Order, I believe that the error regarding the improper naming of Mr. Whitsett should be corrected in the docket.  Nevertheless, the Declaration provides the details regarding the cause of the error.

If any additional information is needed, please let me know.


 Respectfully Submitted,

/s/ *Jo Saint-George*
Jo Saint-George



cc:    Elisheva L. Rosen
       Assistant Corporation Counsel
       Office of Hon. Sylvia O. Hinds-Radix
       The City of New York Law Department 100 Church Street
       New York, New York 10007
       Phone: (212) 356-3522
       E-mail: erosen@law.nyc.gov