**EXHIBIT #1**
**22 CV 02234**

Case 1:22-cv-02234-EK-LB    Document 116-2    Filed 11/20/24    Page 1 of 5 PageID #: 7022



VIA EMAIL - mwhitset@phybertek.com

May 26, 2023

Mark Whitsett
97 Brooklyn Avenue, Apt 3G
Brooklyn, New York 11216

      **Re:**      **Class Action Legal Representation Retention against the City of New York**

Dear Mr. Whitsett:

This letter is to acknowledge and thank you for the retention of our litigation management services to assist



14216 DUNWOOD VALLEY DR., BOWIE MD 20721
Phone: 602-326-8663







Page 3
Letter Agreement



We look forward to working with you.

Sincerely,

*Jo Saint-George, Esq.*
Jo Saint-George, Esq.
Religious Liberty Chief Legal Officer

14216 DUNWOOD VALLEY DR., BOWIE MD 20721
Phone: 602-326-8663





14216 DUNWOOD VALLEY DR., BOWIE MD 20721
Phone: 602-326-8663