

*Jo Saint-George*
*Phone: 602-326-8663*
*Fax:  (202) 830-2005*
*E-mail: jo@woc4equaljustice.org*

**VIA- ECF**

November 22, 2024

Honorable Eric Komitee
United States District Court,
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

**RE:  PARTY NAME CORRECTION IN DOCKET**
Women of Color for Equal Justice et al. v. New York, et. al Civil Action No: 22-cv-02234

Dear Judge Komitee and/or Clerk of the Court:

In follow-up to my Letter regarding incorrectly named parties, I am writing to ask that the following names be deleted from the docket either due to accidental listing as a party -as outlined in my declaration ECF #116 or due to incorrect spelling. We would appreciate if the online docketing team to make the following corrections:

**Delete – Remove From Docket:**

1. Monique Moreno (incorrect spelling)

2. Mark Ayne (incorrect spelling)

3. Georgiann Gratsley (not a city worker – a hospital worker – accidently named)

4. Mark Whitsett (accidently named)

5. Sarah Wiesel (named twice)

6. Marvilyn Wallen (incorrect spelling)

**Correct Spelling:**

1. Change – Yulanda Smith to Yulonda Smith (change "a" to "o")

2. Add middle initial "P" to Ayse Ustares



Respectfully Submitted,

/s/ *Jo Saint-George, Esq.*
Jo Saint-George, Esq.


cc:     Elisheva L. Rosen
        Assistant Corporation Counsel Office
        of Hon. Sylvia O. Hinds-Radix
        The City of New York Law
        Department 100 Church Street
        New York, New York 10007
        Phone: (212) 356-3522
        E-mail: erosen@law.nyc.gov

