November 27, 2024

Hon. Eric R. Komitee, U.S. District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Coombs-Moreno, et al., v. The City of New York, et al.</u>, 22-cv-02234(EK)(LB)[1]

Dear Judge Komitee:

I am the *pro se* Plaintiff in the above-captioned case. I am writing to request an extension of time for me to find counsel. My current deadline is November 29, 2024, and I am asking for 60 days. This is my first request as pro se Plaintiff. I contacted Elisheva Rosen, attorney for Defendants, who consents to my request. I apologize for the late request.

I am trying to seek representation, which includes an upcoming consultation. With prospective counsel's help, I hope to prepare a response to the defendants' Motion for Reconsideration. Moreover, considering the upcoming holidays and closures, the extra time will be helpful for me to schedule consultations.

Thank you for your consideration of my request.

Respectfully submitted,

s/Amoura Bryan
*Pro se Plaintiff*
5 Boston Court
Newark, NJ 07103
929-216-9100
amourabryan@gmail.com

Cc: Elisheva L. Rosen, Esq.
erosen@law.nyc.gov

Jo Saint-George, Esq.
jo@woc4equaljustice.org

---

[1] This letter was prepared with help from the City Bar Justice Center's Federal Pro Se Legal Assistance Project.