**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SARA COOMBS-MORENO, et al individually and on behalf of similarly situated individuals,

                Plaintiffs,

v.

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS, COMISSIONER ASHWIN VASAN, MD, PHD, FORMER MAYOR BILL de BLASIO, COMISSIONER ASHWIN VASAN, MD, PHD, AND FORMER COMMISSIONER DAVE A. CHOKSHI, M.D., MSC., DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DEPARTMENT OF EDUCATION, AND DOES 1-20

                Defendants.

**[PROPOSED] ORDER**

Index No. 22-cv-2234

---

Upon consideration of Plaintiffs Rule 21 Motion for Misjoinder, along with certain declarations in support thereof, and for just terms, this Court orders as follows:

ORDERED, the following names shall be removed from the court docket for this case:

**Party Name Removal:**

    a. Georgiann Gratsley

    b. Rachelle Garcia

    c. Susanne Phillip

    d. Suzanne Deegan

    e. Natalya Hogan

    f. Julie Lawley

    g. Duplicate name of Mark Mayne as "pro se"

    h. Duplicate name of Sarah Wiesel

    i. Monique Moreno

ORDERED, the spelling of correctly named parties shall be corrected in the case docket:

**Name Corrections:**

    h.  Correct Monique More to reflect Monique Moore

    i.  Correct Elizbeth Loiacono to Elizabeth Loiacono

    j.  Correct Mark Ayne to reflect Mark Mayne

    k.  Correct Yolanda Smith to Yolonda Smith

    l.  Correct Marvilyn Wallen to Mervilyn Wallen

    m.  Correct Monica Martin "Pro Se" to reflect Jo Saint-George attorney of record

ORDERED, the following party name shall be added to the docket as a plaintiff.

**Name Addition:**

    n.  Debby Hartz

**IT IS SO ORDERED**

Dated: _____                    _____

Brooklyn, New York                                  United States District Judge,