# EXHIBIT #1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

SARA H COOMBS-MORINO, et al.                    Index No.  22-cv-2234

V.

THE CITY OF NEW YORK, et al

_____

### DECLARATION OF JO SAINT-GEORGE

Jo Saint-George declares, under penalty of perjury under any law of the Unites States pursuant to 28 U.S.C. §1746 and in support of Plaintiffs Fed. R. Civ. P. Rule 21 Motion for Misjoinder, as follows:

1. On October 31, 2024, I was notified for the first time by a court filed letter from Mark Whitsett that his name was improperly misjoined in the above referenced case.

2. On November 11, 2024, I filed a Declaration in the above referenced case at ECF #116, explaining that the error in misjoining Mark Whitsett was due to clerical and technical mistakes in counsel's of record intake process that failed to either track proper retention of parties that there was no intent to wrongly name Mr. Whitsett or any other party.

3. On November 22, 2024, I filed a letter motion asking that certain names be removed from the docket and that the spelling of certain names in the docket be corrected for purposes of the pending appeal.

4. Since November 22, 2024, Counsel Jo Saint-George has conducted an audit of the intake process for all parties named in the above case and requested that all parties that have signed retention letters who seek to participate in the appeal filed on October 25, 2024, to confirm that they are properly named and seek to participate in the appeal. See Exhibit 1

attached hereto and incorporated by this reference the Consents from 59 named parties in this case.

5. The audit also revealed additional clerical and/or technical miscategorizing of persons in the automated intake process that caused the misjoining of certain parties, particularly Mr. Whitsett and similar parties for which the scope of retention for incorrectly tracked for notice of claims purposes only and that some medical professionals like Georgiann Cratsley not employees of the City was misjoined due to mistake.

6. Again, the audit further revealed that the spelling of certain correctly named parties have been misspelled in the docket that need to be corrected name removed, like Julie Lawley needs be removed because her now legal married name is "Harding".

7. Finally, on January 22, 2024 I filed a Fourth Amended Complaint at ECF # 99 that was approved by the Court on February 23, 2024 and added a similarly situated party Debby Hartz whose name was not added to the court docket.

8. Attached and incorporated herein are true and correct consents of all properly named parties in this case for which a retainer agreement has been signed. See Exhibit 1 – Party Consents

9. I declare that the following parties were misjoined in this case as stated above and should be removed from the docket:

**Party Name Removal:**

    a.    Georgiann Gratsley

    b.    Rachelle Garcia

    c.    Susanne Phillip

    d.    Suzanne Deegan

  e. Natalya Hogan

  f. Julie Lawley

9. I declare that the following incorrectly spelled names correctly named as parties, must be corrected:

**Name Corrections:**

  h. Monique More or Monique Moreno– corrected to Monique Moore

  i. Elizbeth Loiacono – corrected to Elizabeth Loiacono

  j. Mark Ayne – corrected to Mark Mayne

  k. Yolanda Smith – corrected to Yolonda Smith

  l. Marvilyn Wallen – corrected to Mervilyn Wallen

**Party Name Addition:**

  m. Debby Hartz

Dated:
 December 18, 2024        /s/ *Jo Saint-George*

                Jo Saint-George
                Counsel for correctly named Plaintiffs