# EXIBIT #2

**CASE #22-CV-02234**

**Plaintiff Consent Forms**

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Dianne Baker- Pacciu_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _8/10/24_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Curtis Boyce_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11/19/2024_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color for Equal Justice v. New York City et. al

22-CV-02234

I, _Althea Brissett_ (print your name) confirm that

I consented to being named in the above referenced case. I have retained the Women of Color For Equal Justice and I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/7/24_                    _____

Signature

# <u>CONSENT FORM</u>

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____Sancha Browne_____, (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case.  I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: __11/302024_____

_____

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Colette Caesar_, (print your name) confirm that I consented
to being named in the above referenced case. I want to continue to be named in the case
including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the
beginning of the above referenced case his prior role in the financing of the Moderna mRNA
vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna
vaccine, which was one of the vaccines I refused to take under the City of New York's
Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties
with the Moderna vaccine company, I would have demanded that he be removed from this
case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/16/24_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Kareem Campbell_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12-4-24_

_Kareem Campbell_

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Patricia Catoire_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/9/2024_

_P. Catoire_

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK Women of

Color For Equal Justice v. New York City et. al

22-CV-02234

I Cassandra C Chandler confirm that I am consenting to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose, at the beginning of the above referenced case, his prior role in the financing of the Moderna mRNA vaccine; his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: December 17th, 2024

CASSANDRA C CHANDLER

By: _Chandler, Cassandra C_

All Rights Reserved

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I,  JESUS COOMBS_____, (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case.  I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date:  12/9/2024_____

_____
Signature

# CONSENT FORM

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**Women of Color For Equal Justice v. New York City et. al**

**22-CV-02234**

I, *Sara Coombs-Moreno*, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11-20-24

Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Jessica Csepku _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/17/24

Jessica Csepku

Signature

# CONSENT FORM

### UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Audrey Dennis_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/9/2024_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, __Maria Estrada_____, (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case.  I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: __December 9, 2024__                          _____

                                                                                   Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Maria Figaro (print your name) confirm that I consented to being named in the above referenced case. want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case.  I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11/20/2024

_____

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Tracy-Ann Francis-Martin_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11-20-24_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Jennette Fraze_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11/20/2024_

_Jenette Fraze_

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

Carla.Grant

I, _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

12/5/24

Date: _____

Signature

1/3

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, __Julia Harding_____, (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case.  I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: __11/21/2024_____        _____

                                                                            Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Michelle Hemmings-Harrington_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11/21/24

_Michelle Hemmings Harrington_

Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Sonia Hernandez_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/06/2024

Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _____                    _____
                                                  Signature



# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____DEBBY HARTZ_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _____    _____ Signature

CONSENT FORM

NAMED PLAINTIFFS – LIST

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Ophelia Inniss_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11/22/24

_Ophelia Inniss_

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Remo Dello-Foio_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _P/6/24_

_Remo Dello Foio_

Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, *Marie Joseph* _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: *12/04/2024*

*Marie Joseph*

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/8/24

Elizabeth Diacono
Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Monica Martin_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11/19/24_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____ MARIE MAYNE _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/10/24

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Sean Milan (print your name) confirm that I consented to being named in the above referenced case. want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11-21-2024

_____

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Aura Moody_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: ___December 4, 2024___

_Aura Moody_
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____Monique Moore_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: ___11/20/24_____

_____
Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color for Equal Justice v. New York City et. al

22-CV-02234

I, _Christian Murillo_____, (print your name) confirm

that I consented to being named in the above referenced case. I have retained the Women of Color For Equal Justice and I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secret knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/16/2024_

_Christian Murillo_

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Sally Mussafi , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case.  I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11/21/2024

_____

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Roseanna Mustacchia_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/17/2024_

_Roseanna Mustacchia_
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Christine O'Reilly_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11/19/24_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Rasheen Odom_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/5/24_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Diane Pagen_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date _Dec 9, 2024_

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Stella M. Preston_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/5/24_

_Stella M. Preston_

Signature

# <u>CONSENT FORM</u>

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

Bruce Reid

I, _____, (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case.  I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11-21-2024

_____

Signature



# CONSENT FORM

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____Maritza Romero_____, (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case.  I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: __11/20/24_____

_Maritza Romero_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Marc A. Rosiello_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _12/16/24_

_Marc Rosiello_

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Joseph Rullo_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _12/8/24_

_Joseph Rullo_
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, JOSEPH SAVIANO _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 12/2/24

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Dawn Schol_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/9/2024

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, *Suzanne Schroeter*, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11/20/2024

*Suzanne Schroeter*
**Signature**

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Bertram Scott (print your name) confirm that I consented to being named in the above referenced case want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: November 20, 2024

_____
Signature

# CONSENT FORM

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

### Women of Color For Equal Justice v. New York City et. al

### 22-CV-02234

I, _Paula E. Smith_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11/24/24_

_Paula E. Smith_
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

## 22-CV-02234

I, _Yulonda Smith_ , (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: _11-26-2024_

_____
Signature

# <u>CONSENT FORM</u>

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, *FRANKIE  TROTMAN*, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: *12-16-24*

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____ Ayse P. Ustares _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Moton for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna company vaccine, I would have demanded that he be removed from this case. I also consent to the appeal of this of this case to the Second Circuit Court of Appeals.

Date: 11/21/24

_____

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Angela Velez_____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/6/24_

_Angela Vely_
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _____ Merrilyn Waller _____ (print your name) confirm that I consented
to being named in the above referenced case. I want to continue to be named in the case
including in the Moton for Recusal of Judge Komitee  due to his failure to disclose at the
beginning of the above referenced case his prior role in the financing of the Moderna mRNA
vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna
vaccine, which was one of the vaccines I refused to take under the City of New York's
Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties
with the Moderna company vaccine, I would have demanded that he be removed from this
case.  I also consent to the appeal of this of this case to the Second Circuit Court of
Appeals.

Date: _12/4/24_                        _____

                                                Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I,  Lyndsay Wanser                        , (print your name) confirm that I consented to being named in the above referenced case.  I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee  due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case.  I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/9/24

_____
Signature

# **CONSENT FORM**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, _Edward Weber_, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _October 10, 2021_

_Edward Weber_

Signature

# <u>CONSENT FORM</u>

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Sarah Wiesel _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

12-08-24

Date: _____

_____
Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color For Equal Justice v. New York City et. al

22-CV-02234

I, Zena Wavadjaw _____, (print your name) confirm that I consented to being named in the above referenced case. I want to continue to be named in the case including in the Motion for Recusal of Judge Komitee due to his failure to disclose at the beginning of the above referenced case his prior role in the financing of the Moderna mRNA vaccine, his financial interest in Moderna and his secrete knowledge about the Moderna vaccine, which was one of the vaccines I refused to take under the City of New York's Vaccine Mandate issued in September 2021. Had I known that Judge Komitee had any ties with the Moderna vaccine company, I would have demanded that he be removed from this case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: 12/10/2024

Zena Wavo

Signature

# CONSENT FORM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Women of Color for Equal Justice v. New York City et. al

22-CV-02234

I, _____**EVELYN ZAPATA**_____ (print your name) confirm that I consented to being named in the above referenced case and have a retainer agreement with the Women of Color for Equal Justice to represent me in the above captioned case. I also consent to the appeal of this case to the Second Circuit Court of Appeals.

Date: _12/16/24_

_Evelyn Zapata_
Signature