# EXHIBIT #3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARA H COOMBS-MORINO, et al.  Index No. 22-cv-2234

V.

THE CITY OF NEW YORK, et al

---

## DECLARATION OF NATALYA HOGAN

NATALYA HOGAN declares as follows pursuant to 28 U.S.C. § 1746:

1. I write to ask that my name be removed from the above captioned lawsuit, because I was added to this lawsuit mistakenly.

2. In 2023, I engaged attorney Jo Saint-George with the Women of Color for Equal Justice ("WOC4EJ") to help me with filing a notice of claim and I did not realize I would also be named in the lawsuit under case number 22-cv-02234 filed by the Women of Color for Equal Justice by Jo Saint-George (Case #02234).

3. Attorney Saint-George notified me by email that everyone in Case #02234 needed to confirm their participation in the case and a pending appeal for which a notice of appeal was filed on October 25, 2024, and I identified at that time there was some miscommunication and a clerical mistake regarding my engagement for notice of claim purposes only that was caused by her intake technology and mistakes made by her temporary administrative staff regarding the adding of me to the above case.

7. I confirm that I understand that if my name is removed from Case #02234, that I am not entitled to any relief that could arise from named plaintiffs if they are successful on appeal.

9. I understand that Attorney Saint-George will notify the Court to ensure that my name is removed from the docket and from the appeal due to the mistake.

10. I respectfully request that steps are taken with the Court to remove my name from the docket for the above lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New Hyde Park, NY
       December 17, 2024

                                                        *Natalya S. Hogan*
                                                           Natalya Hogan